the main question is resolved in favor of appellants, such grounds need not be further considered.

Judgment and order appealed from must be reversed, and new trial ordered, with costs to appellant to abide the event.

CONLAN, J., concurs.

---

### WHEELER v. METROPOLITAN ST. RY. CO.

(City Court of New York, General Term.   October 29, 1900.)

WITNESSES—CREDIBILITY—JURY—VERDICT—BIAS.
Where the testimony of plaintiff was contradicted by five witnesses for the defendant, a verdict in conformity with the testimony of plaintiff will not be disturbed in the absence of a showing that it was induced by prejudice, bias, or unfair consideration.

Appeal from trial term.

Action by Dewitt C. Wheeler, Jr., against the Metropolitan Street-Railway Company.   From a judgment for plaintiff, defendant appeals.   Affirmed.

Argued before FITZSIMONS, C. J., and CONLAN and HASCALL, JJ.

Henry A. Robinson, for appellant.

M. P. O'Connor, for respondent.

FITZSIMONS, C. J.   The jury had a right to believe the testimony of plaintiff as against the five witnesses produced by the defendant. They had before them all of the witnesses, and heard their testimony, and saw the manner in which they testified; and their judgment of defendant's guilt and plaintiff's innocence should be respected.   We should not and will not interfere with the finding of jury unless it is clear that they were influenced by prejudice, bias, or unfair considerations in their deliberation.   No such accusation can be made herein, as we read the record.

The judgment must be affirmed, with costs.   All concur.